THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACOB MANNASOVITCH, Appellant.

*People* v. *Mannasovitch*, 115 App. Div. 892, affirmed.
(Argued November 19, 1906; decided December 4, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 19, 1906, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of attempt at rape in the second degree.

*Charles Goldzier* for appellant.

*William Travers Jerome,* District Attorney (*E. Crosby Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: WILLARD BARTLETT and HISCOCK, JJ.